## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NERY WOTBELY PEREZ-COBON,** | : | **CIVIL NO. 1:17-CV-1550** |
| | : | |
| **Petitioner** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **DENNIS BOWEN, INTERIM** | : | |
| **WARDEN, YORK COUNTY** | : | |
| **PRISON,** | : | |
| | : | |
| **Respondent** | : | |

## ORDER

AND NOW, this 6th day of December, 2017, upon consideration of the petition for writ of habeas corpus, and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1.    The petition for writ of habeas corpus (Doc. 1) is DENIED.

2.    The Clerk of Court is directed to CLOSE this case.


/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania